Jason G. Gong (SBN 181298)
LAW OFFICE OF JASON G. GONG
*A Professional Corporation*
2121 N. California Boulevard, Suite 290
Walnut Creek, CA  94596
Telephone:  (925) 735-3800
Email: jgong@gonglawfirm.com

Attorney for Plaintiff
FIDEL VALENZUELA, an individual

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL VALENZUELA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SLVC INCORPORATED and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:25-cv-10527-TSH<br><br>[PROPOSED] **ORDER ON JOINT STIPULATION OF PARTIES TO EXTEND SITE INSPECTION DEADLINE**<br><br>Complaint Filed:  December 8, 2025<br>Trial Date:  None |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1.    The February 10, 2026 deadline for the parties to hold a joint site inspection of defendant's premises is hereby extended up to and including March 17, 2026.

2.    All other dates that are calculated based on the completion of the joint site inspection are adjusted accordingly.

**IT IS SO ORDERED.**

Dated:  February  9 , 2026

_____
Honorable Thomas S. Hixson
United States Magistrate Judge