ANDREW K. JACOBSON (CSBN: 148583)
**BAY OAK LAW**
1939 Harrison St., Suite 929
Oakland, CA 94612
Telephone: (510) 208-5500
Email: andy@bayoaklaw.com

Counsel for Defendant
SLVC INCORPORATED

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL VALENZUELA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SLVC INCORPORATED, and DOES 1 through 10, inclusive,<br><br>Defendants. | **Case No.: 3:25-cv-10527-TSH**<br><br>**JOINT STIPULATION OF PARTIES TO EXTEND SETTLEMENT MEETING DEADLINE; [PROPOSED] ORDER GRANTING EXTENSION OF TIME**<br><br>Hon. Thomas S. Hixson<br>United States Magistrate Judge |

Defendant SLVC Incorporated ("Defendant") and plaintiff Fidel Valenzuela ("Plaintiff") (collectively referred to as "the Parties"), by and through their respective attorneys of record, hereby submit the following stipulation to extend the time for the Parties and their counsel to hold the settlement meeting.

WHEREAS Plaintiff filed his complaint for injunctive and monetary relief against Defendant on December 8, 2025;

WHEREAS, service of Plaintiff's complaint on Defendant was made on December 12, 2025 (see Dkt. 8 Plaintiff's Proof of Service);

WHEREAS, under the Court's December 10, 2025 Scheduling Order, the last day

for the Parties to hold the settlement conference is April 16, 2026; (see Dkt. 4);

WHEREAS, the joint inspection was held on March 6, 2026, and expert reports have been completed but not yet exchanged; and the expert reports are essential to any meaningful settlement discussion in this action, as they identify the specific access barriers at issue, the scope of remediation required to achieve ADA compliance, and the anticipated costs thereof, without which the Parties cannot assess their respective positions or negotiate a remediation plan in good faith;

THEREFORE, the Parties hereby stipulate and request that the current April 16, 2026 deadline to conduct the settlement conference by counsel is extended up to and including May 29, 2026. The Parties further request that all other dates that are calculated based on the completion of the settlement conference be adjusted accordingly.

**IT IS SO STIPULATED.**

Dated: April 17, 2026                    **BAY OAK LAW**

By: */s/ Andrew K. Jacobson*
_____
ANDREW K. JACOBSON
Counsel for Defendant

Dated: April 17, 2026                    **LAW OFFICE OF JASON G. GONG**
*A Professional Corporation*

By: */s/ Jason G. Gong*
_____
JASON G. GONG
Attorney for Plaintiff
Fidel Valenzuela

*VALENZUELA V. SLVC, INCORPORATED, ET AL.,* **CASE NO. 3:25-CV-10527-TSH**
**JOINT STIPULATION OF PARTIES TO EXTEND SETTLEMENT MEETING; [PROPOSED ORDER]**
**2**

### *SIGNATURE ATTESTATION*

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatory whose signature is indicated above by a conformed signature ("/s/") within this e-filed document.

Dated: April 17, 2026              */s/ Andrew K. Jacobson*

By: _____

ANDREW K. JACOBSON

# ORDER

FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1.      The April 16, 2026 deadline for the parties to hold a settlement meeting is hereby extended up to and including May 29, 2026.

2.      All other dates that are calculated based on the completion of the settlement meeting are adjusted accordingly.

**IT IS SO ORDERED.**

Dated: April 20, 2026

_____
Honorable Thomas S. Hixson
United States Magistrate Judge