ANDREW K. JACOBSON (CSBN: 148583)
**BAY OAK LAW**
1939 Harrison St., Suite 929
Oakland, CA 94612
Telephone: (510) 208-5500
Email: andy@bayoaklaw.com

Counsel for Defendant
SLVC INCORPORATED

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL VALENZUELA, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> SLVC INCORPORATED, and DOES 1 through 10, inclusive, <br><br> Defendants. | **Case No.: 3:25-cv-10527-TSH** <br><br> **JOINT STIPULATION OF PARTIES TO EXTEND SETTLEMENT MEETING DEADLINE; [PROPOSED] ORDER GRANTING EXTENSION OF TIME** <br><br> Hon. Thomas S. Hixson <br> United States Magistrate Judge |

Defendant SLVC Incorporated ("Defendant") and plaintiff Fidel Valenzuela ("Plaintiff") (collectively referred to as "the Parties"), by and through their respective attorneys of record, hereby submit the following stipulation to extend the time for the Parties and their counsel to hold the settlement meeting.

WHEREAS Plaintiff filed his complaint for injunctive and monetary relief against Defendant on December 8, 2025;

WHEREAS, service of Plaintiff's complaint on Defendant was made on December 12, 2025 (see Dkt. 8 Plaintiff's Proof of Service);

WHEREAS, under the Court's December 10, 2025 Scheduling Order, the last day

for the Parties to hold the settlement conference is April 16, 2026; (see Dkt. 4);

WHEREAS, the joint inspection was held on March 6, 2026, and expert reports have been completed and exchanged; the scope of remediation required to achieve ADA compliance, has been presented by Plaintiff and Defendant has retained an ADA Contractor to review the scope of work and repairs listed by Plaintiff;

WHEREAS, Defendant has received an estimate from his Contractor for the remediation work and the Parties agree that additional time is necessary to evaluate that estimate and engage in meaningful settlement discussions, with the goal of reaching a global resolution of this matter by early August 2026;

THEREFORE, the Parties hereby stipulate and request that the current June 30, 2026 deadline to conduct the settlement conference by counsel is extended up to and including August 10, 2026. The Parties further request that all other dates that are calculated based on the completion of the settlement conference be adjusted accordingly.

**IT IS SO STIPULATED.**

Dated: July 6, 2026                          **BAY OAK LAW**

                                                            */s/ Andrew K. Jacobson*
                                              By: _____
                                                            ANDREW K. JACOBSON
                                                            Counsel for Defendant


Dated: July 6, 2026                          **LAW OFFICE OF JASON G. GONG**
                                                            *A Professional Corporation*

                                                            */s/ Jason G. Gong*
                                              By: _____

JASON G. GONG
Attorney for Plaintiff
Fidel Valenzuela

### SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatory whose signature is indicated above by a conformed signature ("/s/") within this e-filed document.

Dated: July 6, 2026                    */s/ Andrew K. Jacobson*

By: _____
ANDREW K. JACOBSON

# ORDER

FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1.      The June 30, 2026 deadline for the parties to hold a settlement meeting is hereby extended up to and including August 10, 2026.

2.      All other dates that are calculated based on the completion of the settlement meeting are adjusted accordingly.

**IT IS SO ORDERED.**

Dated: July 7, 2026

_____
Honorable Thomas S. Hixson
United States Magistrate Judge